UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN CARMACK,

    Plaintiff,

v.	Case No. 22-CV-695

SNAP-ON INCORPORATED,

    Defendant.

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

COMES NOW Plaintiff, John Carmack, through his undersigned counsel, to request final approval for class action settlement. In support of this request, Plaintiff states and presents the following:

1. The terms of the Settlement are set forth in the Settlement Agreement dated January 20, 2023, attached as "Exhibit 1" to Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of the Class Action Settlement (the "Memorandum"), filed contemporaneously herewith.

2. The relief sought in this Motion is supported by the Memorandum and the Declaration of Settlement Administrator.

3. Defendant Snap-on Incorporated does not oppose the relief requested in this Motion.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court enter the proposed Order Granting Final Approval of the Class Action Settlement.

DATED: April 27, 2023                                                       Respectfully Submitted,

*/s/ Larry A. Johnson*
Larry A. Johnson,
**HAWKS QUINDEL, S.C.**
ljohnson@hq-law.com
5150 N. Port Washington Road, Ste. 210
Milwaukee, Wisconsin 53217


Nicholas A. Migliaccio*
Jason S. Rathod*
**MIGLIACCIO & RATHOD, LLP**
412 H Street, NE, Suite 302
Washington, DC 20002
Telephone: 202-470-520
Facsimile: 202-800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**Admitted pro hac vice*

*Counsel for Plaintiff and the Putative Class*