# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

JOHN CARMACK,

                    Plaintiffs,

          v.                              Case No. 22-CV-695

SNAP-ON, INC.,

                    Defendant.

---

## COURT MINUTES OF FAIRNESS HEARING CONFERENCE

## HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE:  May 22, 2022 at 10:00 A.M.          DEPUTY CLERK:  Mary Murawski

TIME COMMENCED: 10:06:16                    TIME CONCLUDED:  10:15:32

TAPE/COURT REPORTER: Liberty

APPEARANCES:
        PLAINTIFF:  Larry A. Johnson, Nicholas Meigliaccio (via telephone)
        DEFENDANT:   Christa D. Wittneberg, Heather Utlaut, Mark McPherson (via telephone)

**COMMENTS:**
PLAINTIFF: No updates.  Claims online are still open for another week or so.  821 claims.
There has been an increase in claims.  No objections received to date.

No one in courtroom today to object to the settlement.

Service award for Mr. Carmack:  $3,000.
Seeking attorneys' fees $225,000.00, which includes expenses in the amount of $8,827.50.

COURT finds that the final order and judgment that is proposed granting final of the settlement is fair and so the court enter an order granting the final approval of class action settlement.