# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**JOHN CARMACK,**

        **Plaintiff,**

        v.                                             Case No. 22-cv-695

**SNAP-ON, INC.,**

        **Defendant.**

☒   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Class Counsel are awarded attorneys' fees in the amount of $225,000, including reimbursement of costs and expenses in the amount of $8,827.50 and such amounts shall be paid by the Settlement Administrator pursuant to and consistent with the terms of the Settlement.

    **IT IS FURTHER ORDERED** that the Class Representative is awarded a Service Award in the amount of $3,000 and such amount shall be paid by the Settlement Administrator pursuant to and consistent with the terms of the Settlement Agreement.

    **IT IS FURTHER ORDERED** the plaintiff's unopposed motion for final approval of the class action settlement (ECF No. 30) is **GRANTED** and this case is **DISMISSED with prejudice**.

Date: May 31, 2023

                                              Gina M. Colletti, Clerk of Court
                                              EASTERN DISTRICT OF WISCONSIN
                                              (By) Deputy Clerk, s/Mary Murawski
                                              Approved this 31st day of May, 2023.

                                              WILLIAM E. DUFFIN
                                              United States Magistrate Judge